FILED
CLERK, U.S. DISTRICT COURT

MAR 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>    Petitioner,<br><br>    v.<br><br>JON DEMORALES,<br><br>    Respondent. | Case No. EDCV 08-1934-SGL (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that judgment be entered dismissing this action without prejudice.

DATED: 3-30-09

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE