**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARL SIMPSON,<br><br>    Petitioner,<br><br>v.<br><br>JON DEMORALES,<br><br>    Respondent. | Case No. EDCV 08-1934-SGL (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 3-30-09

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE